UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-HC-2198-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM FAGAN | RESPONDENT'S RESPONSE IN OPPOSITION TO GOVERNMENT'S MOTION TO PRESENT LIVE TESTIMONY VIA VIDEO CONFERENCE AND NOTICE OF EVIDENTIARY OBJECTION TO MARISSA VASQUEZ'S TESTIMONY |

The respondent, William Fagan, by and through counsel, hereby files his response in opposition to the Government's Motion to Present Live Testimony Via Video Conference [D.E. 33] and respondent's Notice of Evidentiary Objection to Marissa Vasquez's Testimony. In support of this response, the respondent states the following:

1. On April 13, 2016, the government filed a Motion to Present Live Testimony Via Video Conference of the respondent's ex-wife, Marissa Vasquez, in accordance with Fed. R. Civ. P. 43 (a).

2. The respondent learned of the government's intent to possibly call Ms. Vasquez as a testifying witness on March 28, 2016 when the Government served their witness disclosures pursuant to Fed. R. Civ. P. 26(a)(3).

3. The government stated in their disclosures that Ms. Vasquez would testify about "her relationship with, and knowledge of, Respondent and the matters at issue at the hearing."

4. On April 13, 2016 an Amended Joint Proposed Prehearing Order was filed [D.E. 32]. In this document, the government states that Ms. Vasquez will testify "regarding her relationship with Mr. Fagan."

5. Respondent objects to the testimony of Ms. Vasquez as well as opposes her testimony by video on grounds of relevancy.

6. The government has only offered a general proffer regarding the details of her testimony. Undersigned counsel has not been advised if an interview of Ms. Vasquez has been conducted by the government, nor if a summary of an interview exists.

7. Simply stating that Ms. Vasquez will testify about her prior relationship with Mr. Fagan does not provide a sufficient proffer of her testimony.

8. The respondent believes her testimony is irrelevant to any of the three prongs at issue in this matter.

WHEREFORE, the respondent, by and through undersigned counsel, hereby requests that the testimony of Marissa Vasquez at the May 2, 2016 hearing not be allowed. If the court approves Mrs. Vasquez's testimony, respondent requests that Mrs. Vasquez appears in person at the courthouse in Raleigh, NC on May 2, 2016 to present her testimony in person.

Respectfully submitted this 18th day of April, 2016.

THOMAS P. McNAMARA
Federal Public Defender

/s/ Joseph H. Craven
JOSEPH H. CRAVEN
Assistant Federal Public Defender
Attorney for Respondent
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Joseph_Craven@fd.org
N.C. State Bar No. 26116
LR 57.1 Counsel, Appointed

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

ROBERTO F. RAMIREZ
R.A. RENFER, JR.
G. NORMA ACKER, III
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-1461
Email: roberto.ramirez@usdoj.gov
Email: rudy.renfer@usdoj.gov
Email: norman.acker@usdoj.gov

MICHAEL E. LOCKRIDGE
Federal Bureau of Prisons, Legal Center
P.O. Box 1600, Old Highway 75
Butner, NC 27509
Email: mlockridge@bop.gov

by electronically filing the foregoing with the Clerk of Court on April 18, 2016, using the CM/ECF system which will send notification of such filing to the above.

This the 18th day of April, 2016.

/s/ Joseph H. Craven
JOSEPH H. CRAVEN
Assistant Federal Public Defender
Attorney for Respondent
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Joseph_Craven@fd.org
N.C. State Bar No. 26116
LR 57.1 Counsel, Appointed